The People, on the relation of S. Hale, and J. McClure *vs.* Onondaga C. P.

A party resisting a mandamus in this court, by requiring the relators to plead or demur, and subsequently joining in demurrer, is liable to the costs of the demurrer, on judgment being rendered in favor of the relators.

Motion for costs against party defending in a case of mandamus.   Hale and McClure had obtained an alternative mandamus to the Onondaga common pleas, to vacate a rule in an appeal case granted by them, in favor of one Edmund Millard, the appellant below.   On the coming in of the return to the alternative mandamus, the relators were required on the motion of Millard to plead or demur.   They demurred and served a copy of the demurrer on the attorney of Millard, who joined in demurrer, signing the joinder as "Attorney and counsel for Edmund Millard appellant, on behalf of the judges of the court of common pleas in and for the county of Onondaga."   Subsequently a judgment was rendered in this court in favor of the relators and costs taxed, which having been demanded of Millard and not paid, an attachment was now asked for.

*H. F. Mather*, for relators.

*By the Court*, MARCY, J.   This case is distinguishable from that of *The People* v. *Jefferson C. P.* (2 Wend. 301.) There the parties opposing the mandamus had done no act

beyond resisting the issuing of a peremptory mandamus on
the coming in of the return; here the party opposing appli-
ed for a rule on the relators to plead or demur, and on being
served with a demurrer put in a rejoinder. He thereby be-
came an actor in the suit, and must be responsible for the
costs, which he is ordered to pay, or to shew cause by the
first day of the next term.